Robert A. Scher (RS 2910)
Dana C. Rundlof (DR 1431)
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
(212) 682-7474

Anita M. Sorensen
FOLEY & LARDNER LLP
150 East Gilman Street
Madison, WI 53703
(608) 258-4253



Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Judge Berman

---

SALTA INTERNATIONAL, INC.,

  Plaintiff,

v.

LANDS END, INC.

  Defendant.

08 CV 2973

Civil Action No. _____

---

### DISCLOSURE STATEMENT

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Lands' End, Inc. certifies that its direct parent corporation is Sears, Roebuck and Co., which, in turn, is owned by Sears Holding Corporation. Lands' End further certifies that Sears Holding Corporation is publicly held and indirectly owns 10% or more of Lands' End.

Dated this 21st day of March, 2008.

FOLEY & LARDNER LLP

*/s/ Robert A. Scher*
Robert A. Scher (RS 2910)
Dana C. Rundlof (DR 1431)
90 Park Avenue
New York, New York 10016
(212) 682-7474
(212) 687-2329 (Facsimile)
rscher@foley.com
drundlof@foley.com

Anita M. Sorensen
150 East Gilman Street
Madison, WI 53703
(608) 258-4253
(608) 258-4258 (Facsimile)
asorensen@foley.com

Attorneys for Defendant