# FOLEY

**FOLEY & LARDNER LLP**

MEMO ENDORSED

March 26, 2008

ATTORNEYS AT LAW
90 PARK AVENUE
NEW YORK, NY 10016-1314
212.682.7474 TEL
212.687.2329 FAX
foley.com

CLIENT/MATTER NUMBER
015718-0101

**VIA FEDERAL EXPRESS**
Hon. Richard M. Berman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Pl to respond with
2-3 pp letter by
3/31/08

Re: Salta International, Inc., v. Lands End, Inc., 08 Civ. 2973 (RMB)

Dear Judge Berman:

We represent Defendant Lands' End, Inc. ("Land's End") in the above-captioned case and we write pursuant to Your Honor's Individual Practices to request a pre-motion conference. We intend to file a motion seeking the dismissal of the action.

**SO ORDERED:**
Date: 3/27/08
Richard M. Berman, U.S.D.J.

Briefly stated, Plaintiff asserts claims against Land's End relating to certain purchase orders for garments sold by Land's End. However, pursuant to Section 21(E) of the agreement between the parties entitled Lands' End Terms And Conditions For Purchase Orders (the "Agreement"), any such claims can only be brought in the state or federal courts covering Dodgeville, Wisconsin:

> "All legal rights, regardless [of] the nature of the claim (including any contractual rights under this Agreement and any [Purchase] Order) shall be governed by and in accordance with the laws of the State of Wisconsin....[Plaintiff] hereby consents to the exclusive venue and jurisdiction for the resolution of any such claims in the state and federal courts covering Dodgeville, Wisconsin, and agrees that it shall initiate no claim of any kind against Lands' End in any other court or forum."

Although under F.R.C.P. 81(c) our time to file the motion to dismiss is within 5 days of removal, we understand that pursuant to Your Honor's Individual Practices, the time period for making such a motion is extended until after a pre-motion conference has been held.

Respectfully submitted,

Robert A. Scher, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/27/08

cc: Michael H. DuBoff, Esq. (via Federal Express)

BOSTON          JACKSONVILLE    NEW YORK        SAN FRANCISCO   TOKYO
BRUSSELS        LOS ANGELES     ORLANDO         SHANGHAI        WASHINGTON, D.C.
CENTURY CITY    MADISON         SACRAMENTO      SILICON VALLEY
CHICAGO         MIAMI           SAN DIEGO       TALLAHASSEE
DETROIT         MILWAUKEE       SAN DIEGO/DEL MAR   TAMPA

Returned to chambers for scanning on 4/2/08.
Scanned by chambers on 4/3/08.

NYC_216083.1