Michael H. Du Boff, Esq. (MD 1902)
SNOW BECKER KRAUSS P.C.
605 Third Avenue
New York, NY 10158
(212) 687-3860
*Attorneys for Plaintiff Salta International, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
SALTA INTERNATIONAL, INC.,                  :    Docket No. 08 Civ. 2973 (RMB)

                 Plaintiff,         :    **NOTICE OF APPEARANCE**

    - against -

LANDS END, INC.,

                 Defendant.

---------------------------------------------------------------x

**PLEASE TAKE NOTICE THAT** the undersigned firm has been retained by the Plaintiff Salta International, Inc. in the above-captioned action and shall appear as counsel on its behalf. The undersigned attorneys are duly admitted to practice in this District and are in good standing to so practice.

Dated: New York, New York
        April 21, 2008

                                       Respectfully submitted,

                                       SNOW BECKER KRAUSS P.C.

                                       By: _____
                                            Michael H. Du Boff (MD 1902)
                                       605 Third Avenue
                                       25th Floor
                                       New York, New York 10158
                                       (212) 687-3860