UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Salta International
            Plaintiff(s),

- v -

Lands End Inc.
            Defendant(s).
------------------------------------------------------------X

DATE FILED: 4/22/08

**Case Management Plan**

08 CV. 2973 (RMB)

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)    Joinder of additional parties by _____

(ii)   Amend the pleadings by _____

(iii)  All discovery to be **expeditiously** completed by  8/22/08 (Fact + Expert)

(iv)   Consent to Proceed before Magistrate Judge _____

(v)    Status of settlement discussions  with preconf. 9/9/08 @ 10:00 A.M.

Sections vi through xi will be set at conference with the Court.

(vi)   Motions to dismiss by 5/16/08; response by 7/3/08; 7/17/08 } on submission + page limits apply

(vii)  Oral Argument _____

(viii) Joint Pre-Trial Order to be submitted by _____

(ix)   Final Pre-Trial Conference _____

(x)    Trial _____

(xi)   Other  Parties to work on settlement. Refer case to Magistrate Judge for pre-trial

SO ORDERED: New York, New York
            4/22/08

RMB
_____
Hon. Richard M. Berman, U.S.D.J.