# SNOW BECKER KRAUSS P.C.

| | | |
|---|---|---|
| JACK BECKER<br>MARK S. BORTEN<br>KENNETH E. CITRON<br>EDWARD M. CUDDY, III<br>MICHAEL H. DU BOFF<br>DAVID R. FISHKIN<br>PAUL GOTTLIEB<br>RONALD S. HERZOG<br>ERIC HONICK<br>MARK A. KANIAN<br>HARVEY KRAUSS<br>PAUL C. KURLAND | ATTORNEYS AT LAW<br><br>605 THIRD AVENUE<br><br>NEW YORK, N.Y. 10158-0125<br><br>(212) 687-3860<br><br>TELECOPIER<br>(212) 949-7052<br>Writer's Direct Telephone #: (212) 455-0322<br>Writer's Direct Fax #: (212) 455-0455 | MARC J. LUXEMBURG<br>BRAD S. MAISTROW<br>RALPH K. SMITH<br>MICHAEL WEXELBAUM<br>DEREK WOLMAN<br><br>FRANCIS V. IMBORNONE<br>(1987-2002)<br>HAROLD L. LUXEMBURG<br>(1987-1990)<br>JAMES N. BLAIR<br>HOWARD KARASIK<br>RICHARD REICHLER<br>CHARLES SNOW<br>LEONARD W. WAGMAN<br>COUNSEL |

April 29, 2008

**Filed Electronically and Regular Mail**
Hon. Richard M. Berman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    Salta International, Inc. v. Lands End, Inc.
            08 Civ. 2973 (RMB)

Dear Judge Berman:

      At the April 22, 2008 conference before your Honor, we discussed having this case transferred to the United States District Court for the Western District of Wisconsin. At that time, your Honor advised us that if the parties agreed to such a transfer that it would be So Ordered by the Court. Since that time, I have had an opportunity to confer with my client, and based upon that conference, have decided to request that the Court transfer the case to the United States District Court for the Western District of Wisconsin. I have conferred with Dana C. Rundlof, counsel for Defendant, and she has informed me that Defendant will not oppose my request for a venue change.

      It is therefore respectfully requested that the above-referenced matter be transferred to the United States District Court for the Western District of Wisconsin.

                                    Respectfully submitted,

                                    Michael H. DuBoff

MHD/bgl
cc:    Dana C. Rundlof, Esq.