UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

SALTA INTERNATIONAL, INC.                         :
                                                  :
                        Plaintiff,                :
                                                  :        08 Civ. 2973 (RMB)
                                                  :
                - against -                        :
                                                  :        **ORDER**
LANDS END, INC.,                                  :
                                                  :
                        Defendant.                :
------------------------------------------------------------------x

        Based upon Plaintiff's April 29, 2008 letter requesting that "the Court transfer the case to the United States District Court for the Western District of Wisconsin," and stating that "Defendant will not oppose [the] request for a venue change," it is hereby

        **ORDERED** that the above-captioned case is transferred to the United States District Court for the Western District of Wisconsin pursuant to 28 U.S.C. § 1404(a), and the Clerk is respectfully requested to close this case on the docket of the undersigned.

Dated: New York, New York
      April 29, 2008

                                         *RMB*

                                **RICHARD M. BERMAN, U.S.D.J.**

